**STATE of Missouri, Respondent,**

v.

**Carl Alexander DAVIS, Appellant.**

**No. WD 62629.**

Missouri Court of Appeals,
Western District.

Feb. 3, 2004.

Craig Allan Johnston, State Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Linda Lemke, Office of Attorney General, Jefferson City, for respondent.

Before THOMAS H. NEWTON, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Carl A. Davis appeals from the judgment convicting him of third offense stealing. He challenges the sufficiency of the evidence and the propriety of the state's closing argument. Affirmed. Rule 30.25(b).